Sarah K. McMillan, *pro hac vice* (MT Bar #3634)
WildEarth Guardians
Post Office Box 7516
Missoula, MT 59807
(P) 406.549.3895 (F) 505.213.1895
smcmillan@wildearthguardians.org

Dana Johnson (ID. State Bar #8359)
Law Office of Dana Johnson, PLLC
djohnson@lodj.legaloffice.pro
P.O. Box 9623, Moscow ID 83843
(P) 208.310.7003  (F) 208.310.7004

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION

| | |
|---|---|
| **WILDEARTH GUARDIANS, PROJECT COYOTE, WESTERN WATERSHEDS PROJECT, BOULDER-WHITE CLOUDS COUNCIL, ANIMAL WELFARE INSTITUTE,**<br><br>        Plaintiffs<br><br>v.<br><br>**CHARLES A. MARK**, in official capacity as Forest Supervisor of the Salmon-Challis National Forest, **NORA RASURE,** in official capacity as Regional Forester for Region Four, **THOMAS TIDWELL**, in official capacity as Chief of the U.S. Forest Service, and **U.S. FOREST SERVICE**, a federal agency,<br><br>Defendants. | Case No. 4:13-cv-533<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Plaintiffs hereby file this Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  No answer has been filed and Plaintiffs ask that the matter be dismissed without prejudice as set forth in Fed. Rule Civ. Pro. 41.

Respectfully submitted this 16th day of January, 2014.

/s/   Sarah K. McMillan                               /s/   Dana Johnson

*pro hac vice*
Sarah K. McMillan (MT Bar # 3634)        Dana Johnson (ID Bar #8359)
WildEarth Guardians                                  Law Office of Dana Johnson, PLLC
P.O. Box 7516,                                            P.O. Box 9263,
Missoula, MT 59807                                   Moscow, ID 83843
smcmillan@wildearthguardians.org         djohnson@lodj.legaloffice.pro

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2014, I electronically filed the foregoing Notice of Dismissal with the United States District Court for the District of Idaho via the CM/ECF system.  Service on counsel of record occurred through the CM/ECF system.

/s/  Sarah McMillan